IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Christian R. Stormer, as Receiver of Southern Financial Group, Inc., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:05-2612DCN |
| Andrew Garrett, Inc., ) ) | |
| Defendant. ) ) | |

### ORDER OF DISMISSAL

Based upon the consent of the parties as indicated below,

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice.

_____
David C. Norton
United States District Judge

April 12, 2007

-1-

I CONSENT (*Order of Dismissal*):

/s/ R. Geoffrey Levy
R. Geoffrey Levy
USDC #2666
Levy Law Firm, LLC
2300 Wayne Street
Columbia, South Carolina 29201
(803) 256-4693
Attorney for Christian R. Stormer, Receiver

I CONSENT (*Order of Dismissal*) :

By: /s/ Revan R. Schwartz
    Revan R. Schwartz
    Executive Vice President
    Andrew Garrett, Inc.
    380 Lexington Avenue, Suite 2135
    New York, New York 10168
    (212) 682-8833